UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR 22-205-JFW**                                                                  Dated: March 7, 2023

==============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | David Charles Lachman |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney present |

Interpreter: None

==============================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

1.   Natalie Le Demola  [09080-510]          1.   Jimmy S. Threatt, DFPD
     present in custody                                      present - retained

PROCEEDINGS:   **CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.  Defendant is sworn.

The Joint Statement re Rule 11 Plea filed on March 6, 2023 [321] is incorporated and made part of the proceeding.

Defendant withdraws her previously entered pleas of not guilty and enters pleas of Guilty to Counts 1, 3,4, 7, and 33 of the Thirty-Nine Count Indictment filed on May 12, 2022.

The Court questions the defendant regarding the pleas of Guilty and finds a factual and legal basis for the pleas.  The Court finds that the defendant, Natalie Le Demola, has entered her pleas freely and voluntarily with a full understanding of the charges against her and the consequences of her pleas.  The Court finds that defendant understands her constitutional and statutory rights and wishes to waive them.  Accordingly, the pleas are accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **July 10, 2023, at 8:00 am**, for sentencing.  **The Status Conference on April 3, 2023 and the Jury Trial on April 18, 2023 are hereby vacated as to this defendant only.**

CC:   USPO/PSA; USM

*Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.*

Initials of Deputy Clerk   sr
0/35