```
E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
DAVID C. LACHMAN (Cal. Bar No. 261711)
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorneys
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5564/2429
     Facsimile: (213) 894-0141
     E-mail:    david.lachman@usdoj.gov
                nisha.chandran@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00205-JFW-1 |
|---|---|
| Plaintiff, | |
| v. | JOINT STATEMENT |
| NATALIE LE DEMOLA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys David C. Lachman and Nisha Chandran, and defendant NATALIE LE DEMOLA, by and through her counsel of record, Deputy Federal Public Defender James S. Threatt, hereby files this Joint Statement per the Court's Order Regarding Meet and Confer (Dkt. 498).

On June 29, 2023, the government provided evidence supporting its revised calculation of the actual loss amount referenced in its sentencing position (Dkt. 494). The parties have conferred and agree that the applicable actual loss amount resulting from the charged

California Employment Development Department ("EDD") fraud scheme is $1,546,933.26.

Dated: July 3, 2023                     Respectfully submitted,

                                                E. MARTIN ESTRADA
                                                United States Attorney

                                                ANNAMARTINE SALICK
                                                Assistant United States Attorney
                                                Chief, National Security Division

                                                /s/
                                                _____
                                                DAVID C. LACHMAN
                                                NISHA CHANDRAN
                                                Assistant United States Attorneys

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA

Dated: July 3, 2023                     /s/ (per email auth. dated 7/3/2023)
                                                _____
                                                JAMES S. THREATT
                                                Deputy Federal Public Defender

                                                Attorney for Defendant
                                                NATALIE LE DEMOLA