UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 22-205-JFW**                                    Dated:  July 10, 2023

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Nisha Chandran |
| Courtroom Deputy | Court Reporter | David Charles Lachman |
| | | Asst. U.S. Attorney |
| | Interpreter: None | present |

================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1.   Natalie Le Demola  [09080-510]          1.   Jimmy S. Threatt, DFPD
     present in custody                             present appointed

PROCEEDINGS:        **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant.  For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO/PSA; USM; BOP

Initials of Deputy Clerk   sr