| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 11 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

NATALIE LE DEMOLA,

    Defendant - Appellant.

No. 23-1571

D.C. No. 2:22-cr-00205-JFW-1
Central District of California, Los Angeles

ORDER

    Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 15) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

    This order served on the district court acts as the mandate of this court.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT